Julie Teel (CA Bar No. 208282)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 7745
San Diego, CA 92167
Phone: (619) 224-3400
Facsimile: (619) 224-3700
Email: jteel@biologicaldiversity.org

Brendan Cummings (CA Bar No. 193952)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 549
Joshua Tree, CA 92252
Phone:   (760) 366-2232
Facsimile: (760) 366-2669
Email: bcummings@biologicaldiversity.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BRENNAN, *et al.*,<br><br>Defendants. | Case No. 06-CV-7062 (SBA)<br><br>**DECLARATION OF JOHN COEQUYT IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: March 20, 2007<br>Time: 1:00 p.m.<br>Courtroom: 3, 3rd Floor |

I, John Coequyt, declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge. If called as a witness in these proceedings, I could and would testify competently to these facts.

2. I am the Energy Policy Specialist for Greenpeace, Inc. ("Greenpeace"). I serve as the policy specialist on energy and climate science. I am a key resource for Greenpeace USA staff and have also served on a number of international Greenpeace working groups. I am also a member of the Greenpeace International Climate Policy team. As a member of that team I attend the Meetings of the

Parties to the United Nations Framework Convention on Climate Change (UNFCCC) Kyoto Protocol as a lobbyist on behalf of Greenpeace's membership. I am also a member of Greenpeace and I rely on Greenpeace to represent my interests in all environmental matters, including with regard to global warming.

3. Greenpeace is a California non-profit corporation with offices in San Francisco, California, Anchorage and Sitka, Alaska, and Washington, D.C. Greenpeace's mission is to raise public awareness of environmental problems and promote changes that are essential to a green and peaceful future. There are approximately 250,000 current Greenpeace members in the United States, including approximately 40,000 members in California. For more than a decade, Greenpeace has been a lead advocacy organization working to raise awareness of global warming and the protection of wildlife, and to pressure for serious cuts in greenhouse gas emissions through local, national and global action. In the United States, Greenpeace has run campaigns using tactics from lobbying and litigation to mass mobilizations and direct actions in order to pressure government and corporate actors to stop global warming by phasing out fossil fuel use and promoting renewable energy systems.

4. For example, in 2002 Greenpeace joined Friends of the Earth and four cities in suing the Export-Import Bank (Ex-Im) and the Oversees Private Investment Corporation (OPIC) for providing financial assistance to oil and other fossil fuel projects without first evaluating the projects' global warming impacts. Along with several non-profits and state attorneys general, Greenpeace also sued the Environmental Protection Agency for its failure to regulate the greenhouse gas carbon dioxide. In addition, Greenpeace's professional negotiators, scientists and policy experts attend world climate conferences, such as the Conferences of the Parties to the UNFCCC, to persuade decisionmakers to take action to combat climate change. Greenpeace also undertakes expeditions that document the impacts of climate change on people and ecosystems. For example, our Project Thin Ice 2005 documented climate change in the Arctic.

5. Greenpeace's volunteers and cyberactivists apply constant pressure on lawmakers and corporations to take action to reduce greenhouse gas emissions and protect species negatively impacted by climate change. Greenpeace's website contains a wealth of information for individuals to learn about the impact global warming will have on their lives, steps each person can take to reduce his or her

contribution to greenhouse gas emissions, as well as ideas for how to encourage decisionmakers and corporations to support a renewable energy future.

6. Based on my review of the scientific data and predictions, I believe that global warming is the most important environmental issue facing the planet and that we have only a little more than a decade to begin to institute solutions to global warming. Global warming has been a priority of my work and Greenpeace's work internationally since the 1990s. However, the scientific findings over the past few years have convinced myself and Greenpeace worldwide that the problem is now of extreme urgency. Based on my review of the most recent scientific literature, I am now extremely worried about the pace of the Arctic and Antarctic meltdown. It is also my belief that droughts, water shortage, fires and desertification are bigger problems than previously recognized, and we are extremely concerned about the cycle of drought and fire in the Amazon. I am also increasingly concerned by reports of ocean ecosystem breakdowns related to acidification brought on by global warming.

7. As Energy Policy Specialist for Greenpeace, I am responsible for keeping the global warming team informed about the latest energy and climate science. In the past year and for the foreseeable future, I will be working to mobilize our membership to promote solutions to climate change. To achieve this goal, my role is to evaluate global warming and energy solutions and climate science for our team and the field organizers we manage for use in their organizing and public outreach.

8. I am also largely responsible for the content of Greenpeace's public messaging and presentations on climate science and energy policy. I frequently speak to reporters and policy makers on climate impacts and the solutions that Greenpeace advocates to keep global warming below dangerous levels.

9. The lack of an up to date National Assessment makes my advocacy within the United States more difficult and undercuts my ability to communicate with our membership and provide government-validated regional information on the potential impacts of climate change.

10. When it was released, I and Greenpeace considered the National Assessment the most authoritative document on the impacts of climate change in the U.S. As a result, we relied heavily on the document over the few years following its release to guide our work. In the past couple of years, however, it has been eclipsed by other studies and badly needs updating.

11. New and compelling scientific evidence indicates that climate change is upon us and happening faster than anyone could have predicted. Numerous scientific studies have been completed since the previous National Assessment was released in 2000, many showing that climate change is accelerating and the impacts are going to be felt sooner and more broadly than was understood in 2000. As a result, the out of date nature of the 2000 Assessment makes it much less useful to us in our advocacy and as a tool for communicating the urgency of global warming to our membership.

12. Information that should be included in a new report include the IPCC 3rd Assessment Report, the 2004 Arctic Climate Impact Assessment, and recent studies of Greenland and Western Antarctic ice sheet meltdown, change in Arctic sea ice, desertification, and ocean acidification. For example Dowdeswell, J., 2006, The Greenland Ice Sheet and Global Sea-Level Rise, *Science* 311: 963-64, reports that the Greenland ice sheet is melting faster than previously thought, which may impact estimates of future sea-level rise. A true and correct copy of Dowdeswell 2006 is attached to my declaration as Exhibit 1. Also, recent studies I have reviewed indicate that the Arctic could be ice-free in the summer as early as 2040. *See* Holland, M.M., et al. 2006, Future abrupt reductions in the summer Arctic sea ice, *Geophysical Research Letters*, Vol. 33, L23503, doi:10.1029/2006GL028024, a true and correct copy of which is attached as Exhibit 2.

13. Greenpeace's advocacy is hampered by the lack of an up-to-date National Assessment. Over the past several years, Greenpeace has been working with government, business and opinion leaders to communicate the dire impacts of global warming to the public. The lack of an up-to-date National Assessment means that Greenpeace cannot point these opinion leaders in the direction of a clear, current synthesis of the impacts of global warming on the U.S.

14. The lack of a National Assessment of the impacts of climate change specifically on the U.S. impedes our efforts to promote a clean sustainable energy future. Policymakers seeking to evaluate the merits of clean renewable energy do not have a current national synthesis on the implications of climate change for the U.S. and are therefore not fully informed about the risks and costs associated with climate change and a continuation of our current greenhouse gas emissions and energy policy. Federal agencies with jurisdiction over our nation's natural resources are similarly without the best information about the implications of climate change on biodiversity, water, land, and

other resources they manage. If the newest scientific information were incorporated into a National Assessment, which included the new information on the extent and speed of climate impacts, the case for drastic action would be much stronger. Similarly, agency resource managers would have better information on which to make decisions that affect resources impacted by climate change.

15. The lack of an up-to-date National Assessment also hampers Greenpeace in its strategic decision making. The Global Change Research Act clearly spells out that the function of the National Assessment is to provide a detailed synthesis of the impacts of global warming on the U.S. at least every four years. The Act also requires that the National Assessment include specific information about the effects of global change on the natural environment, agriculture, energy production and use, land and water resources, transportation, human health and welfare, human social systems, and biological diversity. This information, if updated, would help guide how Greenpeace prioritizes its work efforts, focuses its local and regional public outreach and communication, and develops materials on global warming for the public, decisionmakers, and our membership. The Act also requires the National Assessment to analyze current trends in global change and analyze trends for the next 25 to 100 years, which would provide Greenpeace and its members with a roadmap for the future that we can count on being updated every four years.

16. Greenpeace has used climate science, including the National Assessment, to pursue protection for special places and species. For example, with Plaintiff Center for Biological Diversity, we have submitted an administrative petition to list the polar bear, which is threatened by climate change, under the Endangered Species Act. The 2000 National Assessment's chapter on the threats to Alaska's environment was an important source of information for this and other of our work in that region. However, while we used the 2000 National Assessment to get an understanding of the impacts of global warming on the Arctic climate, we were forced to turn to other sources for more current information, such as the Arctic Climate Impact Assessment, which documents that arctic ice is melting faster than thought in 2000.

17. Greenpeace is also currently working with the U.S. Department of Interior and other interested parties to create a regulatory plan for offshore renewable resource development as required by the Energy Policy Act of 2005. The development of these plans is hampered by the lack of a clear

DECLARATION OF JOHN COEQUYT  
IN SUPPORT OF PLAINTIFFS'  
MOTION FOR SUMMARY JUDGMENT

Case No. 06-CV-7062 (SBA)

5

and concise understanding and discussion of the impacts of global change on the natural environment, energy production and use, land and water resources, biological diversity and other areas that the National Assessment is required to cover. This information is critical to the fully informed evaluation of offshore renewable resource development. This information would also inform the joint industry, DOE, and NREL effort to develop an action plan to provide 20 percent of America's electricity from wind and effort to develop guidance for the U.S. Fish and Wildlife Service to assist with the siting of onshore wind facilities.

18. The Defendants' failure to produce an updated Research Plan similarly interferes with my ability to achieve Greenpeace's goals relating to global warming and the federal government's actions to mitigate and adapt to global warming. Section 2934 of the Global Change Research Act contains the requirement to update the Research Plan, which it says is meant to "effectively advance scientific understanding of global change and provide usable information on which to base policy decisions relating to global change." The current Research Plan is out of date and therefore cannot reflect the current research developments and needs of the Global Change Research Program in light of recent developments in climate science and policy. Furthermore, the Global Change Research Act specifically requires the Defendants to allow for public participation in the development of the Research Plan. Greenpeace is waiting for the opportunity to participate in the update of this plan as we understand how critical it is to the federal government's climate research and policy activities. I also believe that Greenpeace has unique insights on how the Research Plan should provide for research on sensitive habitat, wildlife, and other resources, which we would convey if given the opportunity.

19. I believe that the Defendants' violations of the Global Change Research Act undermine agency decision-making regarding global warming and lead to less-informed decisionmaking. This alone is harmful to my interests. However, poorly-informed decisions also risk resulting in decisions that do not adequately consider greenhouse gas emissions and the impacts of climate change. These decisions, therefore, risk resulting in higher levels of greenhouse gases and lower levels of mitigation and fewer adaptation measures. This works directly against the goals Greenpeace is trying to achieve, namely the reduction of greenhouse gas emissions and the protection of species and habitat from the impacts of climate change. I further believe that these reductions are unlikely to occur until

government agencies, lawmakers, and the public have access to and understand the full implications of global warming, which the National Assessment was supposed to provide.

20. The Defendants' violations of law also harm me in my individual and personal capacity. Since I was young I have enjoyed winter sports, including cross-country skiing. I competed in ski events in Minnesota from 1982 – 1988. I also skied competitively for Williams College from 1988 – 1992. Numerous studies I have read recently indicate that snowpack will be severely impacted by global warming, for example Iris T. Stewart, et al. 2004. Changes in Snowmelt Runoff Timing in Western North America under a 'Business As Usual' Climate Change Scenario, *Climatic Change* 62: 217–232, a true and correct copy of which is attached as Exhibit 3 to my declaration. The shortening winter season directly impacts my ability to enjoy this longstanding hobby. Every year I attempt to return to Minnesota since there are no groomed ski trails near Washington DC, however, it is more and more difficult to predict when there will be snow in the Twin Cities. Last year I was only able to ski one day over a week long vacation and in 2005 the only skiing in the Twin Cities was on a small man-made snow track north of the city. Two years ago my son was born and I fully intend to teach him to ski and pass on my enjoyment of winter sports. It appears that I will likely have to travel more frequently to find snow because snowfall has become very inconsistent in the Washington, DC and Twin Cities areas and cross-country skiing requires consistently cold temperatures. Nonetheless, it is my hope that my son might compete in ski races as I did when I was young.

21. Preparing an updated National Assessment for members of Congress, agency decisionmakers, and members of the public will ensure the most-informed and responsive decisions possible and the protection of our natural resources, including snowpack, and my recreational interests.

22. My family owns part of a ranch in central Idaho in the Sawtooth Mountains that is being impacted by global warming as well. From my review of literature, including Chapter 7 of the 2000 Assessment on Forests[1] and an even earlier document issued by the U.S. EPA, EPA 236-F-98-007f,[2] I have understood for many years that global warming is leading to warmer temperatures and drier conditions that exacerbate insect and disease outbreaks that cause the die off of many of the trees in

---

[1] A true and correct copy of Chapter 7 of the 2000 Assessment is attached as Exhibit 4.
[2] A true and correct copy of the document EPA 236-F-98-007f is attached as Exhibit 5.

DECLARATION OF JOHN COEQUYT  Case No. 06-CV-7062 (SBA)
IN SUPPORT OF PLAINTIFFS'  7
MOTION FOR SUMMARY JUDGMENT

Idaho. Over the past few years in particular, my family has witnessed the trees on our ranch be decimated by mountain pine beetle populations that are normally controlled by cold winters, including a big, beautiful one off our front porch. This has diminished the beauty of the ranch. In addition, the increase in wildfires in the region, which is also linked to global warming, puts the ranch at higher risk of being destroyed by fire. This risk has grown so large that fire insurance has become too expensive, and we have been forced to self-insure the ranch for fire. I also enjoy hiking and exploring in the nearby Sawtooth National Forest and National Recreation Area, managed by the U.S. Forest Service. I am very concerned that the lack of an updated National Assessment has resulted in less urgency and less informed decisionmaking by land managers responsible for protecting this area, including the Forest Service, which could reduce the risk of tree mortality from insects, disease, and fire on my family's property and neighboring forest land. I also believe that the lack of updated Assessment and Research Plan will lead to decisions that underestimate the severity of the threat of climate change to these areas of Idaho. For example, in a Forest Service document I reviewed at www.fs.fed.us/research/State_Briefing_Papers/Idaho.pdf, the 2006 budget for forest research in Moscow, Idaho was decreased by $150,000 and a forest geneticist position was eliminated with the result that "Work on genetic adaptation of forest tree species to global climate change will cease, as will work on the genetics of white pine blister rust" (page 3). A true and correct copy of this document is attached as Exhibit 6 to my declaration.

23. I have every intention of continuing all of the professional and personal activities described above, and therefore the harm from Defendants' violations, if not redressed, will continue. Without the timely completion of the National Assessment and Research Plan, my professional and personal interests are harmed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief and was executed at Washington, D.C. on January 16, 2007.

                                        /s/ John Coequyt_____
                                        John Coequyt

I, Julie Teel, pursuant to ECF General Order 45X.B, attest that John Coequyt has concurred in and authorized the filing of this declaration with this court.

DECLARATION OF JOHN COEQUYT                                    Case No. 06-CV-7062 (SBA)
IN SUPPORT OF PLAINTIFFS'       8
MOTION FOR SUMMARY JUDGMENT

/s/ Julie Teel_____
Julie Teel

**EXHIBIT LIST**

**Exhibit 1.** Dowdeswell, J., 2006, The Greenland Ice Sheet and Global Sea-Level Rise, *Science* 311: 963-64.

**Exhibit 2.** Holland, M.M., et al. 2006, Future abrupt reductions in the summer Arctic sea ice, *Geophysical Research Letters*, Vol. 33, L23503, doi:10.1029/2006GL028024.

**Exhibit 3.** Iris T. Stewart, et al. 2004. Changes in Snowmelt Runoff Timing in Western North America under a 'Business As Usual' Climate Change Scenario, *Climatic Change* 62: 217–232

**Exhibit 4.** *Climate Change Impacts on the United States: The Potential Consequences of Climate Variability and Change* (Cambridge University Press 2001), Chapter 7 (Forests).

**Exhibit 5.** U.S. EPA. 1998. *Climate Change and Idaho.* EPA 236-F-98-007f.

**Exhibit 6.** U.S. Forest Service, FY 2006 State Briefing Paper for Idaho, available at www.fs.fed.us/research/State_Briefing_Papers/Idaho.pdf.