Julie Teel (CA Bar No. 208282)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 7745
San Diego, CA 92167
Phone: (619) 224-3400
Facsimile: (619) 224-3700
Email: jteel@biologicaldiversity.org

Brendan Cummings (CA Bar No. 193952)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 549
Joshua Tree, CA 92252
Phone:   (760) 366-2232
Facsimile: (760) 366-2669
Email: bcummings@biologicaldiversity.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>BRENNAN, *et al.,*<br><br>　　　　　　　　　Defendants. | Case No. 06-CV-7062 (SBA)<br><br>**DECLARATION OF MELANIE DUCHIN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: March 20, 2007<br>Time: 1:00 p.m.<br>Courtroom: 3, 3rd Floor |

I, Melanie Duchin, declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge. If called as a witness in these proceedings, I could and would testify competently to these facts.

2. I reside in Anchorage, Alaska. I am a member of Greenpeace, Inc. and have been an employee of Greenpeace, Inc. and its corporate predecessors for over 18 years. I am also a member of the Center for Biological Diversity ("Center"). I depend upon Greenpeace and the Center for Biological Diversity to represent my interests in the protection and preservation of imperiled species and their habitats, including polar bears, and to represent my interests in this lawsuit.

3. Greenpeace is a California non-profit corporation with offices in San Francisco, California, Anchorage and Sitka, Alaska, and Washington, D.C. Its mission is to raise public awareness of environmental problems and promote changes that are essential to a green and peaceful future. For more than a decade, Greenpeace has been a lead advocacy organization working to raise awareness of global warming and the protection of wildlife, and to pressure for serious cuts in greenhouse gas emissions through local, national and global action. The Center for Biological Diversity is dedicated to protecting imperiled species and their habitats by combining scientific research, public organizing, and administrative and legal advocacy. The goal of the Center's Climate, Air, and Energy Program is to protect biological diversity, public health, and the environment from global warming.

4. My current position with Greenpeace is as a global warming campaigner. In this capacity, I work to document the impacts of global warming on the environment and work for clean energy solutions that will reduce emissions of pollution that cause global warming. Since 1997, my work has had a particular focus on the causes and impacts of global warming in the Arctic. I have campaigned to pressure oil companies to divert their investments away from new oil and gas development in the Beaufort Sea of Alaska and toward cleaner, climate friendly forms of energy such as solar power. Campaign activities have included submitting comment letters on environmental impact statements and permits, public outreach to educate and activate the public about oil drilling in Alaska and clean energy alternatives to oil and gas, non-violent direct action, shareholder resolutions, and legal initiatives challenging federal and state permits. I have organized expeditions with the Greenpeace ship Arctic Sunrise to take scientists to the edge of the arctic ice pack off the north coast of Alaska to count

DECLARATION OF MELANIE DUCHIN     2     Case No. 06-CV-7062
IN SUPPORT OF PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT

and observe ice-dependent species such as Pacific walrus, polar bears and black guillemots whose habitats are affected by global warming. I have also worked with scientists to document the impact of the spruce bark beetle on the forests of Southcentral Alaska. I organized and executed a tour of the Arctic Sunrise in Greenland to document the impacts of global warming on Greenland's glaciers, the Greenland Ice Sheet, and the Inuit in Greenland. I worked with two American explorers who undertook two summer expeditions to the North Pole to highlight the impacts of global warming on the Arctic and polar bears in particular. I organized public and media outreach during the preparation and execution of the expeditions, the goal being to inspire Americans to take their own steps to protect the climate.

5. I am also extremely concerned about the protection and preservation of Arctic habitat and species on a personal level. I choose to live in Alaska in large part because I am close to the forest, glaciers and tundra, and the Arctic where I am able to recreate and observe unique species including polar bears and the sea-ice environment on which they depend.

6. I currently live in downtown Anchorage and would like to buy a house on the Anchorage hillside. I purchased a home in July 2003 in downtown Anchorage. I sold it in 2004 and purchased another home about ½ mile away, also in downtown Anchorage. In both of my recent decisions to purchase a home, I really wanted to live on the Anchorage hillside since I would be closer to trails that I use for recreation.

7. From my review of the scientific literature, including the 2000 National Assessment chapter on Alaska (Exhibit 1), I have learned that global warming is contributing to a spruce bark beetle outbreak that has decimated the forests of Southcentral Alaska. I have personally observed many forests and trees that are dead or dying, creating a significant fire danger. Hotter, drier summers over the last several years also contribute to this fire danger. Alaska had a record-breaking fire season in the summer of 2004. It was hot and dry all over the state, Anchorage included, and fires in the interior filled the Anchorage area with dense smoke in July. Fire danger is now heightened on the Anchorage hillside every summer. Because of my observations and what I learned in the 2000 Assessment, I decided not to purchase a home on the hillside because of the risk of fire danger associated with the spruce bark beetle infestation.

8. The dying spruce trees also harm my recreational interests in Southcentral Alaska. I live fifteen minutes from hiking trails in the Chugach Mountains which form a perimeter around the south and east sides of Anchorage. I regularly hike and run in the Chugach Mountains. I also travel to the Matanuska-Susitna Valley, Prince William Sound and the Kenai Peninsula several times every summer to visit friends, hike and run in the mountains, and kayak and sail in the Sound. Dead and dying spruce trees are everywhere. My wilderness and recreational activities are diminished by concern and worry about the threat of fire. The dead and dying forests also have dramatic and adverse impact on Alaska's aesthetic beauty, and diminish my enjoyment of these areas. The forests in these areas are managed by agencies that are part of the State of Alaska and the U.S. federal government.

9. I also spend time in the Alaskan Arctic for personal recreation. The Arctic is my favorite place in the world because of its unique beauty and the distinctive Arctic species of flora and fauna that live there. I love to bird watch, see mammals such as musk ox, caribou, grizzly bears, wolves, seals, Pacific walrus, polar bears and whales. I participated in a whitewater rafting trip down the Hula Hula River in June of 2000. The trip started in the Brooks Range and ended at the Beaufort Sea. The entire trip was in the Arctic and in environments of permafrost, glacially-fed rivers and the Beaufort Sea. I believe each of these environments is being affected by global warming. I intend to continue to travel in the Arctic for recreational purposes, and as such, my recreational and aesthetic enjoyment will continue to be adversely affected by global warming.

10. I saw my first polar bear on a work-related trip in August 1997, when I was on the Greenpeace ship *Arctic Sunrise* in the Beaufort Sea a few miles offshore from Prudhoe Bay. A polar bear swam up to the stern of the ship and then climbed up onto a nearby ice floe to get a better look or smell. This polar bear was so thin its ribs were showing and it was shivering. The sight of this bear in such poor condition brought me to tears. I have since seen additional polar bears in 1998-2000 in the Chukchi, Beaufort and East Siberian Seas, at Wrangell and Herald islands. In March 2005, I accompanied Arctic explorers on a training trip to Churchill, Manitoba, Canada, and looked for polar bears. I saw their tracks on the pack ice. In May 2005, I saw polar bears on the pack ice from the air (helicopter) while flying from Sredny to Cape Artichesky in the Severnaya Zemlya archipelago. Most recently, in July 2005, I saw two solitary polar bears and one sow with two cubs on the pack ice in the

Greenland Sea while on board the vessel *Arctic Sunrise* between Scoresbysund and Daneborg on the northeast coast of Greenland. In May of 2006, I accompanied Arctic explorers to Resolute, Eureka and Ellesmere Island in Canada for the launch of their second expedition and hoped to see polar bears in their natural habitat. I did not see any bears on that trip.

11. I am extremely concerned about the health of the environment and the maintenance of biological diversity. I choose to live in Alaska in large part because it puts me closer to the Arctic. Being able to visit and appreciate the beauty of the Arctic habitat and the unique species such as polar bears that live there is very important to me. Witnessing the disappearance of the Arctic sea-ice habitat due to global warming has a highly negative psychological impact on me and causes me great sadness. My personal observations of polar bears and the diminishing sea ice have been confirmed by my review of the scientific literature, including Chapter 10 of the 2000 National Assessment (attached as Exhibit 1 to my declaration), which has indicated that the Arctic sea-ice and its dependent species, including the polar bear, are threatened by global warming from society's greenhouse gas emissions from the burning of fossil fuels for energy. The latest Arctic Council study on global warming (Arctic Climate Impact Assessment), which was published in 2004, several years after the 2000 Assessment, also predicts the extinction of polar bears by the end of this century. Additional recent studies that I have reviewed indicate that the Arctic may be ice free in summer by 2050 and even as early as 2040, which also spells extinction for these creatures. Reviewing these articles has caused me great concern about the ecosystems in the state I live in.

12. I suffer and will continue to suffer a loss of psychological and spiritual well-being from knowing that Arctic species including the polar bear are in decline and/or are extinct. I will suffer a professional, aesthetic, spiritual and recreational loss from my inability to observe and appreciate these plants and animals in the wild, and because my enjoyment of the Arctic is diminished when species are missing from the ecosystem.

13. It is very important to me that the Arctic environment not melt, and that all of its distinctive Arctic species and ecosystems remain intact I intend to return to the Arctic in coming years to pursue my interests. I spent the summer of 2005 working to document the impacts of global warming in

Greenland. I intend to return to the Arctic in coming years for river trips or backpacking trips, as my work schedule allows.

14. My Labrador retriever has been trained to track ringed seals for biologists studying this Arctic species on the ice. My dog has worked with biologists on the ice every spring from 2001-2006. He will do so again in the spring of 2007 and will continue this work every year for the foreseeable future. It is my intention is to have him work in this capacity every spring. I am continuing my dog's training and I intend to travel to the Arctic to work with him and a team of biologists conducting research on ringed seals. I have noticed that since 2001, the pack ice has receded significantly. The shrinking and receding pack ice makes the Arctic environment more dangerous for my dog. Early spring break-up, early flooding of rivers and unstable ice are hazards that are linked with and exacerbated by global warming.

15. Given my work on the ice pack and polar bear observations, it is important to me that policy makers make informed decisions on the best information available. I am concerned that the failure to update the Research Plan and National Assessment prevents members of Congress and agencies from making fully informed decisions concerning how to reduce our greenhouse gas emissions and protect our natural resources, including those in Alaska and the Arctic, from the risks posed by climate change. I believe that an updated Research Plan and National Assessment are a necessary and fundamental step toward educating Congress and pushing members of Congress to implement a legally binding program for capping and reducing greenhouse gas pollution in the United States. I believe that this Congressional action is the single most important step toward protecting the Arctic and the environment of Southcentral Alaska from dangerous climate change. I also believe that an updated Plan and Assessment will affect decisions on the part of federal and state agencies that permit oil and gas and other land management activities in Alaska, which will in turn provide more protection for plants, animals and ecosystems that are affected by global warming.

16. I would also like to have the updated Assessment for my work, in order to assist me in understanding the state of the Arctic and what species, habitat, and other land and water resources are most at-risk and in need of my attention. The 2000 Assessment is now six years out of date and does not include the vast new scientific evidence that highlights how urgent the problem of climate change is,

especially in the Arctic where the sea-ice is melting at a rate much faster than previously expected. Also, I would like to participate in the comment periods for the updated National Assessment and Research Plan based on my unique experiences in the Arctic and familiarity with the natural environment at risk from climate change in Alaska. I therefore am injured by these violations.

17. I believe that Defendants' inaction increases the risk that my interests are and will continue to be harmed by climate change. I plan to continue all of the professional and personal activities described above, and therefore the harm to my interests from Defendants' violations, if not addressed by timely preparation of the updated National Assessment and Research Plan, will continue.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and was executed on January 12, 2007 at Wellington, New Zealand.

/s/ Melanie Duchin
Melanie Duchin

I, Julie Teel, pursuant to ECF General Order 45X.B, attest that Melanie Duchin has concurred in and authorized the filing of this declaration with this court.

/s/ Julie Teel

Julie Teel
Attorney for Plaintiffs

**EXHIBIT LIST**

**Exhibit 1.** National Assessment Synthesis Team. *Climate Change Impacts on the United States: The Potential Consequences of Climate Variability and Change* (Cambridge University Press 2001), Chapter 10 (Alaska).

DECLARATION OF MELANIE DUCHIN    7    Case No. 06-CV-7062
IN SUPPORT OF PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT