JULIE TEEL (CA Bar No. 208282)
Center for Biological Diversity
P.O. Box 7745
San Diego, CA 92167
Telephone No: (619) 224-3400
Facsimile No: (619) 224-3700
jteel@biologicaldiversity.org

BRENDAN CUMMINGS (CA Bar No. 193952)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Telephone No: (760) 366-2232
Facsimile No: (760) 366-2669
bcummings@biologicaldiversity.org

Attorneys for Plaintiffs

MATTHEW J. McKEOWN
Acting Assistant Attorney General
Department of Justice
Environment and Natural Resources Division

MARTIN J. LALONDE (SBN 6218249 (IL))
Senior Counsel
Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044
Telephone No: (202) 305-0247
Facsimile No: (202) 305-0274
martin.lalonde@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) CIVIL NO. 06-7062 (SBA) ) ) |
| Plaintiffs, | ) ) STIPULATION AND PROPOSED ORDER |
| v. | ) TO CONTINUE CASE MANAGEMENT ) CONFERENCE ) |
| WILLIAM BRENNAN, et al., | ) ) |
| Defendants. | ) ) |

PARTIES TO THE ABOVE CAPTIONED CASE, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, SAY AS FOLLOWS:

Whereas a Case Management Conference is currently set in this case for February 21, 2007;

Whereas a hearing on the parties' Motions for Summary Judgment and/or Motion to Dismiss is set for April 17, 2007 at 1:00 p.m.;

Whereas the scheduled Motions for Summary Judgment and/or Motion to Dismiss will likely resolve all remaining issues in this case, rendering need for further case management unnecessary;

Whereas the parties believe that continuing the Case Management Conference until the hearing on the scheduled motions would conserve judicial resources;

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

The Case Management Conference currently set for February 21, 2007 at 3:00 p.m. is continued to April 17, 2007 at 1 p.m.

Date: 2/9/2007          s/ Brendan Cummings
                        BRENDAN CUMMINGS

                        Attorney for Plaintiff


                        MATTHEW J. McKEOWN
                        Acting Assistant Attorney General

Date: 2/9/2007          s/ Martin J. LaLonde
                        MARTIN J. LALONDE
                        Senior Counsel

                        Attorneys for Defendants

Defendants' counsel attests that the wording of this document is acceptable to Plaintiffs' counsel.

STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE.; CIVIL NO. 06-7062 SBA                         2

1
2
3   PURSUANT TO STIPULATION, IT IS SO ORDERED.
4   DATE: __2/12/07_____          _____/s/ Saundra B. Armstrong_____
5                                         The Honorable Saundra B. Armstrong
                                          District Court Judge
6
7
...
28  STIPULATION TO CONTINUE CASE
    MANAGEMENT CONFERENCE.; CIVIL NO. 06-7062 SBA                             3