UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVISIONS, et al., | ) CIVIL NO. 06-7062 SBA ) |
| Plaintiffs, | ) ) |
| v. | ) [PROPOSED] ORDER ) ) |
| WILLIAM BRENNAN, et al., | ) ) |
| Defendants. | ) ) |

Upon consideration of the parties' Stipulation to file Excess pages, it is hereby

ORDERED that Defendant's Memorandum in Support of its Motion to Dismiss or in the

Alternative for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment

to be filed on February 27, 2007, may not exceed ~~40~~ 35 pages of text.

SO ORDERED,

Date: 2/26/07 _____*Saundra B. Armstrong*_____
Saundra B. Armstrong
United States District Court Judge