UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
JUL - 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

    Plaintiffs,

v.

DR. WILLIAM BRENNAN, et al.,

    Defendants.

No. C 06-7062 SBA

**AMENDED ORDER**

The hearing scheduled on the parties' motions currently set for July 10, 2007 is hereby VACATED. In lieu of a hearing, the Court finds that additional briefing by the parties would be beneficial. To that end, the parties are directed to provide supplemental briefing, of no more than twenty pages and containing citations to authority, on the following questions:

1. To the extent that the Court finds the plaintiffs have suffered a cognizable procedural and informational injury due to the defendants' failure to produce "a summary of the proposed [Research] Plan [that] shall be published in the Federal Register for a public comment period," do the plaintiffs have a basis for seeking an injunction compelling the revised Research Plan, or merely the summary? 15 U.S.C. § 2934(f).

2. The Scientific Assessment must "integrate[ ], evaluate[ ], and interpret[ ] the findings of the Program . . . ." 15 U.S.C. § 2936(1). The Global Change Research "Program shall be implemented by the [Research] Plan developed under section 2934 of this title." 15 U.S.C. § 2933.

    a. What is/are the source(s) of the "findings of the Program" required to be integrated, evaluated, and interpreted into the Scientific Assessment?

    b. Is the relationship of the Research Plan to the "findings of the Program" such that a procedural injury predicated on the Research Plan extends to the Scientific Assessment

as well?

c. Is this still the case if the procedural injury is limited to a summary of the revised Research Plan?

The plaintiffs are directed to file the supplemental briefing no later than July 24, 2007. The defendants are to submit their briefing by August 3, 2007. Intervenor-applicants Senator John Kerry and Congressman Jay Inslee are granted leave to file briefing on these questions no later than July 24, 2007, if they so choose. The supplemental briefing should not reiterate arguments already presented to the Court.

IT IS SO ORDERED.

July 6, 2007

Saundra Brown Armstrong
United States District Judge