MATTHEW VESPA (CA Bar No. 222265)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market Street, Suite 511
San Francisco, CA 94103-1628
Phone: (415) 436-9682
Facsimile: (415) 436-9683
mvespa@biologicaldiversity.org

BRENDAN CUMMINGS (CA Bar No. 193952)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Telephone No: (760) 366-2232
Facsimile No: (760) 366-2669
bcummings@biologicaldiversity.org

Attorneys for Plaintiffs

MARTIN J. LALONDE (SBN 6218249 (IL))
Senior Counsel
Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044
Telephone No: (202) 305-0247
Facsimile No:  (202) 305-0274
martin.lalonde@usdoj.gov

Attorney for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM BRENNAN, et al., <br><br> Defendants. | CIVIL NO. 06-7062 SBA <br><br> STIPULATION AND PROPOSED ORDER RE: SCHEDULE FOR SUPPLEMENTAL BRIEFING PURSUANT TO JULY 6, 2007 ORDER |

The parties respectfully move for entry of a revised schedule for completion of the supplemental briefing required by the Court's July 6, 2007 Order.  That Order requires Plaintiffs and provides the opportunity to Intervenor-applicants (if they so choose) to file a supplemental brief by July 24, 2007 addressing questions set forth in the Order and Defendants to file a brief

by August 3, 2007 addressing the same questions.  Due to the unavailability of Agency Counsel for Defendant William Brennan and due to commitments in other cases of the counsel of record for Defendants, Defendants require one additional week, until August 10, 2007, to file a supplemental brief on behalf of Defendants.  In addition, the parties request that Plaintiffs and Intervenor-applicants also be provided a one-week extension to July 31, 2007, to file their supplemental briefs.

      Respectfully submitted,

Date: 7/24/2007                        s/ Brendan Cummings
                                     BRENDAN CUMMINGS

                                     Attorney for Plaintiff

Date: 7/24/2007                        s/ Martin J. LaLonde
                                     MARTIN J. LALONDE
                                     Senior Counsel

                                     Attorney for Defendants

     Defendants' counsel attests that the wording of this document is acceptable to Plaintiffs' counsel.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., ) | CIVIL NO. 06-7062 SBA |
| Plaintiffs, ) | |
| v. ) | [PROPOSED] SCHEDULING ORDER |
| WILLIAM BRENNAN, et al., ) | |
| Defendants. ) | |

Upon consideration of the parties' stipulated request for Entry of a revised schedule for completing supplemental briefing pursuant to the Court's July 6, 2007 Order, it is hereby ORDERED that the plaintiffs shall file a supplemental brief no later than July 31, 2007, addressing the questions raised in the Court's July 6, 2007 Order. The defendants shall file their brief addressing these questions by August 10, 2007. Intervenor-applicants Senator John Kerry and Congressman Jay Inslee are granted leave to file a brief on these questions by July 31, 2007. SO ORDERED,

Date: 7/25/07

Saundra B. Armstrong
United States District Court Judge