Matthew Vespa (CA Bar No. 222265)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market Street, Suite 511
San Francisco, CA 94103-1628
Phone: (415) 436-9682
Facsimile: (415) 436-9683
Email: mvespa@biologicaldiversity.org

Brendan Cummings (CA Bar No. 193952)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 549
Joshua Tree, CA 92252
Phone: (760) 366-2232
Facsimile: (760) 366-2669
Email: bcummings@biologicaldiversity.org

Attorneys for Plaintiffs

RONALD J. TENPAS
Acting Assistant Attorney General
Department of Justice
Environmental and Natural Resources Division

BARRY WEINER (NJ Bar No. 01948-1994; NY Bar No. 2739894)
Trial Attorney
Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044
Phone: (202) 305-0469
Facsimile (202) 305-0274
barry.weiner@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM BRENNAN, et al., <br><br> Defendants. | Case No. 06-CV-7062 (SBA) <br><br> **STIPULATION AND [PROPOSED] ORDER FOR 60-DAY EXTENTION OF TIME TO FILE REQUEST FOR FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT** |

STIPULATION TO EXTEND TIME TO FILE REQUEST FOR FEES
CIVIL NO. 06-7062 SBA

PARTIES TO THE ABOVE CAPTIONED CASE, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, DECLARE AS FOLLOWS:

Whereas, in its Order dated August 21, 2007 ("Order"), the Court granted plaintiffs' motion for summary judgment and denied defendants' motion to dismiss for lack of jurisdiction/alternative motion for summary judgment;

Whereas the Order instructed plaintiffs to file a motion for fees under the Equal Access to Justice Act ("EAJA") within thirty days of entry of final judgment in the event plaintiffs wished the Court to entertain such a request;

Whereas the Court entered final judgment on August 21, 2007;

Whereas the current deadline to file a motion for fees is September 20, 2007;

Whereas the parties have expressed a mutual interest in the settlement of fees;

Whereas defendants have 60 days from the entry of final judgment to file a notice of appeal and, under EAJA, a fee motion may be filed no later than 30 days after the time to file a notice of appeal has expired, which in this case is November 19, 2007;

Whereas the parties believe a 60-day extension of time to November 19, 2007 in order to file a motion for fees under the EAJA would facilitate the possibility of settlement and conserve judicial resources;

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

Plaintiffs' time to file a request for fees under the EAJA is extended sixty (60) days to November 19, 2007.

Date: September 13, 2007

MATTHEW VESPA
Attorney for Plaintiff

RONALD J. TENPAS
Acting Assistant Attorney General

Date: September 13, 2007

Barry Weiner
Trial Attorney

STIPULATION TO EXTEND TIME TO FILE REQUEST FOR FEES
CIVIL NO. 06-7062 SBA

Attorneys for Defendants

Plaintiffs' counsel attests that the wording of this document is acceptable to Defendants' counsel.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATE: __9/14/07_____

_Saundra B Armstrong_
The Honorable Saundra B. Armstrong
District Court Judge

STIPULATION TO EXTEND TIME TO FILE REQUEST FOR FEES
CIVIL NO. 06-7062 SBA